AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Quinto Mapp | ) | Case No: 3:03CR00231 (PCD) |
| | ) | USM No: 15271-014 |
| Date of Previous Judgment: April 23, 2004 | ) | William Paetzold, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __54__ months **is reduced to** __Time Served__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __25__           Amended Offense Level: __23__
Criminal History Category: __V__         Criminal History Category: __V__
Previous Guideline Range: __100__ to __125__ months    Amended Guideline Range: __84__ to __105__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __4/23/2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __March 10, 2008__                              __/s/__
                                                          Judge's signature

Effective Date: __March 20, 2008__                  Peter C. Dorsey, Senior U.S. District Judge
       (if different from order date)                    Printed name and title